```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/03/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANNYLER BRITO TEJADA,

                      Plaintiff,

       -against-                                 **ORDER ADJOURNING**
                                                          **SETTLEMENT CONFERENCE**

FIRST PRIORITY TRANSPORT, LLC, et al.,                   **25-CV-2038 (JAV)**

                     Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       In light of the Stipulation of Voluntary Dismissal filed on October 2, 2025 (doc. no 15) the Settlement Conference currently scheduled for **November 3, 2025** is hereby adjourned *sine die*.

       SO ORDERED.

Dated: October 3, 2025
       New York, New York

                                                             _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge